United States Bankruptcy Court
Middle District of Florida

In re:  
Lirio Lisanne Andrejcisk-Drayton  
    Debtor

Case No. 18-07275-KSJ  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-6    User: karla    Page 1 of 2    Date Rcvd: Nov 27, 2018  
Form ID: 309A    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2018.

```
db           +Lirio Lisanne Andrejcisk-Drayton,    509 Hillside Ave,    Orlando, FL 32803-4907
27913710     +Federal Loan Servicing Credit,    PO Box 60610,    Harrisburg, PA 17106-0610
27913713     +Midland Funding, LLC,    PO Box 290335,    Tampa, FL 33687-0335
27913720     +TD Bank USA / Target Credit,    NCD-0450,    PO Box 1470,    Minneapolis, MN 55440-1470
27913721     +The Women's Center,    1118 S. Orange Ave.,    Orlando, FL 32806-1200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: cynthia@cynthiafussellodonnell.com Nov 27 2018 23:46:39     Cynthia O'Donnell,
              Law Office of Cynthia O'Donnell, P.A.,    120 E 4th Avenue, Suite B1,    Mount Dora, FL  32757
tr           +E-mail/Text: dkennedy@iq7technology.com Nov 27 2018 23:48:53     Dennis D Kennedy,
              P. O. Box 541848,    Merritt Island, FL 32954-1848
ust          +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Nov 27 2018 23:47:24
              United States Trustee - ORL7/13,    Office of the United States Trustee,
              George C Young Federal Building,    400 West Washington Street, Suite 1100,
              Orlando, FL 32801-2210
27913706     +EDI: TSYS2.COM Nov 28 2018 04:23:00      Barclays Bank Delaware,    125 S. West St.,
              Wilmington, DE 19801-5014
27913707     +EDI: WFNNB.COM Nov 28 2018 04:24:00      Comenity Bank / Victorias Secret,    PO Box 182789,
              Columbus, OH 43218-2789
27913708     +EDI: WFNNB.COM Nov 28 2018 04:24:00      Comenity Bank / West Elm,    PO Box 182789,
              Columbus, OH 43218-2789
27913709     +EDI: TSYS2.COM Nov 28 2018 04:24:00      DSNB / Macys,    PO Box 8218,    Mason, OH 45040-8218
27913685      EDI: FLDEPREV.COM Nov 28 2018 04:23:00      Florida Department of Revenue,    Bankruptcy Unit,
              Post Office Box 6668,    Tallahassee FL 32314-6668
27913711     +EDI: IIC9.COM Nov 28 2018 04:24:00      IC System Collections,    PO Box 64378,
              Saint Paul, MN 55164-0378
27913686      EDI: IRS.COM Nov 28 2018 04:24:00      Internal Revenue Service,    Post Office Box 7346,
              Philadelphia PA 19101-7346
27913712     +EDI: MID8.COM Nov 28 2018 04:23:00      Midland Funding, LLC,    2365 Northside Dr.,    Suite 300,
              Sandiego, CA 92108-2709
27913684     +E-mail/Text: Bankruptcy@octaxcol.com Nov 27 2018 23:47:04     Orange County Tax Collector,
              PO Box 545100,    Orlando FL 32854-5100
27913714      EDI: RMSC.COM Nov 28 2018 04:24:00      Synchrony Bank / Amazon PLLC,    PO Box 965015,
              Orlando, FL 32896-5015
27913715      EDI: RMSC.COM Nov 28 2018 04:24:00      Synchrony Bank / Care Credit,    PO Box 965036,
              Orlando, FL 32896-5036
27913716      EDI: RMSC.COM Nov 28 2018 04:24:00      Synchrony Bank / Gap,    PO Box 965005,
              Orlando, FL 32896-5005
27913717      EDI: RMSC.COM Nov 28 2018 04:24:00      Synchrony Bank / JC Penney,    PO Box 965007,
              Orlando, FL 32896-5007
27913718     +EDI: RMSC.COM Nov 28 2018 04:24:00      Synchrony Bank / Paypal Smart Conn,    PO Box 965005,
              Orlando, FL 32896-5005
27913719     +EDI: RMSC.COM Nov 28 2018 04:24:00      Synchrony Bank / TJX Cos,    PO Box 965015,
              Orlando, FL 32896-5015
                                                                                              TOTAL: 18
```

     **\*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\***  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2018       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 113A-6          User: karla                 Page 2 of 2                  Date Rcvd: Nov 27, 2018
                              Form ID: 309A               Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2018 at the address(es) listed below:
        Cynthia  O'Donnell    on behalf of Debtor Lirio Lisanne Andrejcisk-Drayton
         cynthia@cynthiafussellodonnell.com
        Dennis D Kennedy    trustee@ddkennedy.com, dkennedy@iq7technology.com
        United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                           TOTAL: 3

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Lirio Lisanne Andrejcisk–Drayton** | Social Security number or ITIN | **xxx–xx–8945** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Florida** | Date case filed for chapter | **7   11/21/18** |
| Case number: | **6:18–bk–07275–KSJ** | | |

Official Form 309A (For Individuals or Joint Debtors) *AMENDED AS TO ADDRESS AND PHONE NUMBER OF ATTORNEY FOR DEBTOR*

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline            12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lirio Lisanne Andrejcisk–Drayton | |
| 2. | **All other names used in the last 8 years** | aka Lirio Lisanne Andrejcisk | |
| 3. | **Address** | 509 Hillside Ave<br>Orlando, FL 32903 | |
| 4. | **Debtor's attorney**<br>Name and address | Cynthia O'Donnell<br>Law Office of Cynthia O'Donnell, P.A.<br>120 E 4th Avenue, Suite B1<br>Mount Dora, FL 32757 | Contact phone 352–600–1326<br>Email: cynthia@cynthiafussellodonnell.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Dennis D Kennedy<br>P. O. Box 541848<br>Merritt Island, FL 32954 | Contact phone (321) 455–9744 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page 1

| 6. | **Bankruptcy Clerk's Office** | George C. Young Federal Courthouse | Hours open: |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 West Washington Street Suite 5100 Orlando, FL 32801 | Monday – Friday 8:30 AM – 4:00PM  Contact phone 407–237–8000  Date: November 27, 2018 |
| 7. | **Meeting of creditors** | **January 4, 2019 at 08:30 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  \*\*\* Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. \*\*\* | **George C. Young Courthouse, Suite 1203–B, 400 West Washington Street, Orlando, FL 32801** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: March 5, 2019** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day | |

except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**